IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
NEXT ENGINE VENTURES, LLC,  )
                                                    ) Civil Action No. 1:16-cv-05608-LAP
       Plaintiff,  )
                                                      ) ECF Case
      v.  )
                                                      ) **NOTICE OF APPEARANCE**
NETWORK SOLUTIONS, LLC and  )
GODADDY.COM, LLC,  )
                                                      )
       Defendants.  )
------------------------------------------------------------------x

      PLEASE TAKE NOTICE that Harris, St. Laurent & Chaudhry LLP, with offices located at 40 Wall Street, 53rd Floor, New York, New York 10005, hereby appears on behalf of Network Solutions, LLC, and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address, telephone number and email address indicated below.

      I hereby certify that I am admitted to practice before this Court.

Dated: September 6, 2016         HARRIS, ST. LAURENT & CHAUDHRY LLP
       New York, New York

                                             By: /s/ Timothy B. Hyland
                                                 Timothy B. Hyland

                                           40 Wall Street, 53rd Floor
                                           New York, NY 10005
                                           Tel.   (703) 956-3566
                                           Fax   (703) 935-0349
                                           Email   thyland@sc-harris.com

                                           *Attorneys for Network Solutions, LLC*